IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ADAM JONES,                              *

    Plaintiff,                       *

v.                                       *        Civil Action No. GLR-22-1274

PORTFOLIO RECOVERY                       *
ASSOCIATES, L.L.C.,
                                         *
    Defendant.

***

**SETTLEMENT ORDER**
**(LOCAL RULE 111)**

This Court has been advised by the parties that the above-captioned action has been settled against all parties, including all counterclaims, cross-claims and third-party claims, if any. (See ECF No. 4).  Accordingly, pursuant to Local Rule 111, it is hereby ORDERED that:

This action is hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.  The entry of this Order is without prejudice to the right of a party to move for good cause within sixty (**60**) days to reopen this action if settlement is not consummated.  If no party moves to reopen, the dismissal shall be with prejudice. The Court shall retain jurisdiction over this action for any matters related to completing or enforcing settlement.

Dated: July 12, 2022

                         /s/
                George L. Russell, III
                United States District Judge